[881 NE2d 1194, 852 NYS2d 8]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR FRAZIER, Appellant.

Decided January 15, 2008

### APPEARANCES OF COUNSEL

*Appellate Advocates*, New York City (*Lynn W.L. Fahey* and *Reyna E. Marder* of counsel), for appellant.

*Richard A. Brown, District Attorney*, Kew Gardens (*Karen Wigle Weiss* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Defendant was informed at the time of sentencing that his sentence would include a mandatory term of postrelease supervision.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.